## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: READMISSION TO PRACTICE　　　　　　CASE NO. 1:24-MC-39
LAW OF TRAVIS C. SAYRE, ESQ.

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 4] AND READMITTING TRAVIS C. SAYRE TO PRACTICE LAW IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

On May 23, 2024, the pro se Petitioner, Travis C. Sayre ("Petitioner"), filed a *Verified Petition to Readmit Travis C. Sayre to the Practice of Law to the United States District Court of the Northern District of West Virginia* [ECF No. 1]. Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the action to United States Magistrate Judge Michael J. Aloi (the "Magistrate Judge") for a report and recommendation as to its disposition. On May 29, 2024, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the Court grant the petition.

The R&R informed Petitioner that he had fourteen (14) days from the date of service of the R&R to file "specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection." It further warned him that the "[f]ailure to timely file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." Plaintiff accepted service of the

**IN RE: READMISSION OF TRAVIS C. SAYRE**                              **1:24-MC-39**

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 4] AND READMITTING TRAVIS C. SAYRE TO PRACTICE LAW IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

R&R on June 4, 2024.  To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made.  28 U.S.C. § 636(b)(1)(C).  Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections.  Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603-04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)).  Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous.  See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review.  Accordingly, the Court reviewed the R&R for clear error.  Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 4].  The petition is **GRANTED** [ECF No. 1], and Travis C. Sayre is **READMITTED** to practice law before the United States District Court for the Northern District of West Virginia.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to the pro se Petitioner via certified mail, return receipt requested.

IN RE: READMISSION OF TRAVIS C. SAYRE                    1:24-MC-39

**ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 4] AND READMITTING TRAVIS C. SAYRE TO PRACTICE LAW IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

DATED: July 9, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA